IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| **Royal Credit Union**<br>      Plaintiff and Appellant;<br>vs.<br><br>**Mildred L. Hartnell**<br>**Frederick W. Hartnell**<br>**Ryan T. Bechard**<br>**Kathleen L Bechard**<br>              Defendants. | **NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE DISTRICT OF COLUMBIA CIRCUIT**<br><br>Federal Case No: **22-cv-10-jdp**<br>Prize Court in Admiralty<br><br>Buffalo Co. Case No.: 2021CV000010 |

**1.** I, Ryan Thomas Bechard; Libellant; now as Appellant; am herewith appealing the Order #5 of the case captioned above to the United States Court of Appeals for the District of Columbia Circuit; "USCA-DC".

**2.** USCA-DC has exclusive jurisdiction over my claims arising under "public contracts" which are maritime in nature pursuant to The Shipping Act 1916 and Jones Act 1920. See 41 USC § 1327(b)(3).

**3.** As a Federal "Agency"; also "United States" as an instrumentality thereof; see Exhibit 1 of the Libel of this case; I am exempt from fees and costs. See https://www.uscourts.gov/services-forms/fees/court-appeals-miscellaneous-fee-schedule

**PRAYER FOR DUE PROCESS**

For the Honorable Clerk of Court; or deputy thereof; to take all actions pursuant to USCA-DC's rules.

*[signature]*   Ryan Thomas Bechard; 7 January 2022